| AO.10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) WALKER, JR., JOHN M | 2. Court or Organization 2d CIRCUIT COURT OF APPEALS | 3. Date of Report 7/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Chief Circuit Judg - Act | 5. ReportType (check appropriate type) ○ Nomination  Date ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address UNITED STATES COURT OF APPEALS 157 CHURCH STREET NEW HAVEN, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Institute of Judicial Administration |
| 2. | Past President | Federal Judges Association |
| 3. | Director | U.S. Association of Constitutional Law |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |



FINANCIAL DISCLOSURE OFFICE
2005 JUL 19 A 11:29
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | Feb-Apr | Income as Visiting Lecturer, Yale Law School | 10,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Syracuse College of Law | Jan 25-27 Educational seminar (Transportation, Meals and Lodging) |
| 2. | Capital Law School | May 22-24 Columbus, Ohio Commencement address (Transportation, Meals and Lodging) |
| 3. | American Bar Association | July 3-10 Tirana, Albania - Rule of Law Program (Transportation, Meals and Lodging) |
| 4. | American Society of International Law | Oct 29 Washington, DC Judicial Outreach Program (Transportation, Meals) |
| 5. | The Federalist Society | Nov 18 Durham, NC - educational program (Transportation, Meals) |
| 6. | American Bar Association | Dec 4-Dec 13 Tirana, Albania - Rule of Law Program (Transportation, Meals, Lodging) |
| 7. | Federal Judicial Center | Apr 25-Apr 27 New Paltz, NY - educational seminar (Transportation, Meals, Lodging) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE – (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 8. New York University Law School | Jul 11-Jul 16 - New York, NY - educational seminar (Transportation, Meals, Lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | $0 |

## VL LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT
For: Walker, Jr., John M.

## VII. Investments and Trusts

| Description of Assets | Income during reporting period | | Gross Value at end of reporting period | | Transactions during reporting period | | | | |
| | Amount Code | Type | Value Code | Value Method | Type | Date: Month/day | Value Code | Gain Code | Identity of buyer/seller if private trans |
|---|---|---|---|---|---|---|---|---|---|
| --COMMON STOCK-- | | | | | | | | | |
| AMERICAN-INT'L GROUP | A | DIVIDEND | L | T | | | | | |
| AMGEN INC. | | None | K | T | | | | | |
| APOLLO GROUP | | None | K | T | BUY | 11/30 | K | | |
| | | | | | SELL | 9/21 | L | E | |
| AUTO ZONE | | None | L | T | | | | | |
| BED BATH & BEYOND INC | | None | K | T | | | | | |
| BRIGHT HORIZON FAMILY SOLUTIONS INC | | None | J | T | BUY | 7/2 | J | | |
| BRISTO M ERS SQUIBB . | A | DIVIDEND | K | T | | | | | |
| CARDINAL HEALTH INC COM | A | DIVIDEND | K | T | BUY | 7/6 | J | | |
| | | | | | BUY | 7/16 | J | | |
| | | | | | SELL | 5/21 | K | A | |
| CH VRON T XACO CORP | A | DIVIDEND | K | T | BUY | 4/2 | K | | |
| CINTAS CORP. | | None | J | T | | | | | |
| CISCO SYST. INC | | None | L | T | BUY | 5/4 | J | | |
| CURIS INC | | None | J | T | | | | | |
| DELL INC. | | None | L | T | | | | | |
| DIGENE CORP. | | None | K | T | BUY | 9/14 | J | | |
| | | | | | BUY | 9/21 | J | | |
| EBAY | | None | K | T | SELL | 12/23 | K | E | |
| EMC CORP. | | None | J | T | | | | | |
| FAMILY DOLLAR STORES | A | DIVIDEND | | | BUY | 6/23 | K | | |
| | | | | | SELL | 11/4 | K | | |
| GENERAL ELECTRIC CO. | | None | J | T | BUY | 9/24 | J | | |
| INTERNATIONAL BUSINESS MACHINES CORP | A | DIVIDEND | M | T | BUY | 4/29 | J | | |
| INVITROGEN CORP. | | None | M | T | | | | | |
| L-3 MMUNI ATIONS HOLDINGS | A | DIVIDEND | K | T | | | | | |

**FINANCIAL DISCLOSURE REPORT**
For: Walker, Jr., John M.

## VII. Investments and Trusts

| Description of Assets | Income during reporting period | | Gross Value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code | Type | Value Code | Value Method | Type | Date: Month/day | Value Code | Gain Code | Identity of buyer/seller if private trans |
| LOWES CO. INC. | A | DIVIDEND | K | T | | | | | |
| MEDTRONIC INC | A | DIVIDEND | L | T | | | | | |
| MICROSOF CORP. | C | DIVIDEND | K | T | | | | | |
| ODYSS Y HEALTH ARE | | None | K | T | BUY | 1/27 | J | | |
| ORA LE CORPORATION | | None | K | T | | | | | |
| PEPSICO INC. | A | DIVIDEND | K | T | | | | | |
| SERONO | | None | | | SELL | 2/26 | K | | |
| SMUCKER JM & CO | A | DIVIDEND | K | T | | | | | |
| UNITED SURGICAL PARTN S | | None | L | T | | | | | |
| UNITEDHEALTH GROUP INC | A | DIVIDEND | L | T | | | | | |
| URSTADT BIDDL PPT A | B | DIVIDEND | K | T | | | | | |
| VARIAN MEDICAL SYSTEMS | | None | L | T | | | | | |
| WAL MART STORES INC | B | DIVIDEND | M | T | | | | | |
| WALGREEN CO. | A | DIVIDEND | L | T | | | | | |
| WASHINGTON MUTUAL | B | DIVIDEND | K | T | | | | | |
| WHOLE FOODS MKT INC | A | DIVIDEND | L | T | | | | | |
| --CASH & EQUIVALENTS-- | | | | | | | | | |
| ALLIANCEBERNSTEIN INSTITUTIONAL B | C | DIVIDEND | O | T | | | | | |
| --CORPORATE BONDS-- | | | | | | | | | |
| HOUSEHOLD FINANCE | C | INTEREST | L | T | | | | | |
| WALMART STORES | A | INTEREST | K | T | | | | | |
| --BANK ACCOUNTS-- | | | | | | | | | |
| BANK OF AMERICA | A | INTEREST | K | T | | | | | |
| CITIBANK | A | INTEREST | J | T | | | | | |
| PEOPLES BANK | A | INTEREST | J | T | | | | | |
| --OTHER INVESTMENTS-- | | | | | | | | | |
| RESIDENTIAL RENTAL, LEW BEACH NY | E | RENT | N | S | | | | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report)

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date _____7-15-05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544